Ricardo AGUILA, and other similarly situated individuals, Teresa Aguila, Plaintiffs-Appellants,

v.

**CORPORATE CATERERS IV, INC.,** a Florida profit corporation Defendant,

Corporate Caterers II, Inc., Jim Gass, individually, Defendants-Appellees.

No. 16-15838

United States Court of Appeals, Eleventh Circuit.

(March 24, 2017)

Jason Saul Remer and Brody Max Shulman, Remer & Georges-Pierre, PLLC, Miami, FL, for Plaintiffs-Appellants.

Chris Kleppin and Chelsea A. Lewis, Glasser & Kleppin, Plantation, FL, for Defendants-Appellees.

* Honorable Barrington D. Parker, Jr., United States Circuit Judge for the Second Circuit,

John Samuel Koppel and Mark B. Stern, U.S. Department of Justice, Washington, DC, for Amicus Curiae United States of America.

Before ED CARNES, Chief Judge, ANDERSON and PARKER,* Circuit Judges.

PER CURIAM:

Having carefully considered the written submissions and the arguments of the parties and of the *amicus curiae*, we conclude that there is no free standing claim for relief under section 203(m) of the Fair Labor Standards Act, 29 U.S.C. § 203(m), where, as here, there is no allegation that the employer does not pay the minimum wage. Accordingly, the judgment of the district court is

AFFIRMED.